UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

IJAN 05 2012

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

PATRICIA CLAYWELL,            )

                       )

          Plaintiff,      )

                       )

      vs.               )

                       )

JOHN M. HAYES and       )

HALVOR LINES, INC.,      )

                       )

         Defendants.   )

**1 : 12 -cv- 0012 RLY -DML**

CASE NO. _____

## **NOTICE OF REMOVAL**

Defendants,  John M. Hayes ("Hayes") and Halvor Lines, Inc. ("Halvor"), by counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby file their Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, Indianapolis Division, from Superior Court No. 7 of Marion County, Indiana, and, respectfully state:

1.     Hayes and Halvor are Defendants in an action now pending in the Marion County Superior Court, No. 7, under Cause No. 49DO7-1112-CT-048556.

2.     Plaintiff filed his Complaint for Damages in Marion County Superior Court No. 7 on December 21, 2011, and had summons issued to John M. Hayes on or about December 30, 2011 and to Halvor Lines, Inc. on or about January 3, 2012.

3.     Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. § 1332 Diversity Jurisdiction

4.       Plaintiff is a citizen of Indiana.

5.       Halvor is a Wisconsin corporation with its principal place of business located in Wisconsin.

6.       Hayes is a citizen of Wisconsin.

7.       The controversy in this cause of action is entirely between citizens of different states.

8.       Plaintiff's Complaint seeks damages of an unspecified dollar amount for "medical expenses, property damage, lost wages and other special expenses in an amount to be determined."  The undersigned has spoken to counsel for Plaintiff and counsel has confirmed he seeks damages in excess of $75,000.00, exclusive of interest and costs, and that the $75,000.00 jurisdictional threshold required by 28 U.S.C. § 1332(a) is met.

9.       Attached hereto as <u>Exhibit A</u> are complete copies of the Plaintiff's Summons and Complaint for Damages, Request for Trial by Jury that were served upon Hayes and Halvor, an Appearance and Answer, Affirmative Defenses and Demand for Jury Trial filed on behalf of Defendants in the state court action.  These documents constitute all of the pleadings and process on file with the Marion County Superior Court No. 7 as of the date of this filing of this Notice of Removal.

10.     Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiff and also file a copy with the Clerk of Marion County Superior Court No. 7.

Respectfully submitted,

Thomas E. Farrell/11188-49
Attorney for Defendants

Scopelitis Garvin Light Hanson & Feary
10 W. Market Street, Suite 1500
Indianapolis, IN     46204
Telephone:  (317) 637-1777
Telefax:       (317) 687-2414
tfarrell@scopelitis.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record, by first-class United States mail, postage prepaid, on this 5th day of January, 2012:

Michael W. Phelps
Kenn Nunn law Office
104 South Franklin Road
Bloomington, IN 47404

Thomas E. Farrell

SCOPELITIS GARVIN LIGHT HANSON & FEARY
10 W. Market Street, Suite 1500
Indianapolis, IN  46204
(317) 637-1777

H:\Users\kbjerke\wpdocs\GW\Halvor Lines 6480.904\Federal Ct. Pleadings\removal notice to federal court.doc